**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Gary Joseph Arsenault
Neblett, Beard & Arsenault
P. O. Box 1190
Alexandria LA 71309-1190

Michael J. Remondet, Jr.
Jeansonne & Remondet
P.O Box 91530
Lafayette LA 70509

**REHEARING ACTION: March 28, 2012**

**Docket Number: 11   00972-CA consolidated with 971-CA**

**JAMES LEJEUNE**
**VERSUS**
**STATE OF LOUISIANA, DOTD, ET AL.**

**Appealed from Beauregard Parish Case No. 2002311  c/w, 20020309**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James Lejeune, et al** has this day been

    **DENIED.**

cc: Michael Wayne Landry, Counsel for the Appellee